UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) Case No. C10-23-JCC |
| | ) |
| v. | ) **ORDER OF DISMISSAL** |
| | ) |
| VICKI SAKOTA, | ) |
| | ) |
| Defendant. | ) |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) This case is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

(3) Plaintiff's motion to dismiss without prejudice is DENIED. (Dkt. No. 11.)

///

///

///

ORDER OF DISMISSAL - 1

1  The Clerk of Court is directed to close the case and send copies of this Order to plaintiff and
2  to Judge Tsuchida.

3  DATED this 6th day of May, 2010.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR  
United States District Judge

ORDER OF DISMISSAL - 2